IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CARTRETTE, | : | CIVIL ACTION NO. **3:CV-14-2110** |
| Petitioner | : | (Judge Kosik) |
| v. | : | (Magistrate Judge Blewitt) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| Respondents | : | |

### ORDER

AND NOW, this 23rd day of **December, 2014, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel **(Doc. 11)** is **DENIED**. In the event the circumstances of this case should change, the Court will consider a new application for counsel at such time.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: December 23, 2014

FILED
SCRANTON
DEC 2 3 2014
PER _____
DEPUTY CLERK