# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN CARTRETTE,** | : | CIVIL ACTION NO. 3:14-CV-2110 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA**, *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 20th day of October, 2017, upon consideration of the court's order (Doc. 21) directing respondents to file a status report apprising the court of the status of the petitioner's ongoing state court litigation under Pennsylvania's Post Conviction Relief Act ("PCRA"), and it appearing that respondents failed to comply with the court's directive,[1] it is hereby ORDERED that:

1. The Clerk of Court shall mail a copy of this order as well as the court's orders (Docs. 20, 21) dated May 27, 2015 and February 23, 2017 to the Adams County District Attorney's Office forthwith.

2. Successor counsel from the Adams County District Attorney's Office shall forthwith enter an appearance and file a status report apprising the court of the status of the PCRA proceedings, in all events no later than **Monday, October 30, 2017**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] It appears that respondent's counsel was elected to the Court of Common Pleas of Adams County at approximately the same time as the initial status report order (Doc. 20) issued in this case. As of today's date, successor counsel has not entered an appearance on respondent's behalf.